UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-cv-20930-MGC

ANDREW KEMP-GERSTEL,

Plaintiff,

vs.

ALLY FINANCIAL INC.,

Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT AND MOTION TO EXCUSE DEFENDANT'S ATTENDANCE AT DEPOSITION ON JANUARY 19, 2015**

Plaintiff, ANDREW KEMP-GERSTEL, and Defendant, ALLY FINANCIAL INC., by and through the undersigned counsel, hereby file this Joint Notice of Settlement and Motion to Excuse Defendant's Appearance at deposition on January 19, 2015 (the "Notice").

1. This Notice is being filed to notify the Court that Plaintiff and Defendant have come to an amicable resolution of this lawsuit.

2. At this time, final drafts of the Settlement Agreement and Release are still being drafted and/or exchanged, and the parties expect that a Notice of Voluntary Dismissal with Prejudice will be filed on or before January 23, 2015.

3. On January 13, 2015, this Court entered a docket order Granting Plaintiff's Motion to Compel 30(b)(6) deposition, and ordered Defendant to appear at deposition on January 19, 2015. [ECF No. 55]

4. Now that the parties have resolved this dispute, the parties respectfully request that the Court excuse Defendant's attendance at the January 19, 2015, deposition which was

scheduled for January 19, 2015. The parties agree that since the case has been resolved, there is no need to go forward with the deposition.

**WHEREFORE**, Plaintiff, ANDREW KEMP-GERSTEL, and Defendant, ALLY FINANCIAL INC., hereby notify this Court that the parties have amicably resolved this dispute and that a Notice of Voluntary Dismissal is expected to be filed on or before January 23, 2015; and request that the Court enter an order excusing Defendant's attendance at the January 19, 2015, deposition, and for any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the January 15, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic filing.

TRIPP SCOTT, P.A.

*/s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esq.
(FBN: 177540)

**SERVICE LIST**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION
CASE NO.: 1:14-cv-20930-MGC

**Amanda S. Bhikhari, Esq.**
**Amanda S. Bhikhari, PL**
4728 SW 67th Avenue, Suite J5
Miami, Florida 33155
Telephone: 954-529-7114
amanda@bhikharilaw.com
*Counsel for Plaintiff*

**Charles M. Tatelbaum, Esq.**
**Tripp Scott, P.A.**
110 SE 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475
cmt@trippscott.com
lxc@trippscott.com
*Counsel for Defendant*

**James B. Flanigan, Esq.**
**Tripp Scott, P.A.**
110 SE 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475
jbf@trippscott.com
lxc@trippscott.com
*Counsel for Defendant*